### LUTHER BLISS vs. HOSEA TREADWAY *imp'd &c.*

Diligence is required of a defendant who moves to be let in to defend on the merits—a delay of two years is too much.

*Motion by defendant to set aside default and subsequent proceedings, and for leave to be let in to defend.*—The declaration in this cause was drawn by the name of *Horace* Treadway instead of *Hosea* Treadway. It was served on Hosea Treadway, as one of the firm of H. &. T. J. Treadway, in Dec. 1842, and also served on Thomas J. Treadway, the other member of the firm. Hosea Treadway did not plead in the suit, for the reason that he supposed a declaration served on him by the name of Horace Treadway, and judgment obtained thereon would not bind his property. He alleged that the note upon which the suit was brought, was endorsed in the name of the firm by his partner, without his knowledge, and for the sole benefit of one Joseph Weed, the maker, and swore to merits generally. He first learned in July last, that the property of the firm of H. & T. J. Treadway had been levied on and advertised for sale.

E. PEARSON, *Defts Counsel.*  G. R. ANDREWS, *Defts Atty.*

P. CAGGER, *Plffs Counsel.*  C. L. TRACY, *Plffs Atty.*

BEARDSLEY, Justice.—Denied the motion with costs, on the ground of delay.